# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 238 EAL 2014
:
          Petitioner : 
: Petition for Allowance of Appeal from the
: **Published Opinion and Order** of the
v. : Superior Court at No. 3451 EDA 2010,
: at 91 A.3d 227 (Pa. Super. 2014) filed
: April 30, 2014, **vacating** the Judgment
HASSAN AKBAR, : of Sentence of the Philadelphia County
: Court of Common Pleas at No.
          Respondent : CP-51-CR-0007173-2009 filed
: July 12, 2010

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is hereby **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the trial court for further proceedings consistent with Commonwealth v. Fields, __ A.3d __, __, 2014 W.L. 7404548, at *6 (Pa. December 31, 2014) ("[W]e hold that Section 9714(a)(1) of the Sentencing Code, 42 Pa.C.S. § 9714(a)(1) requires that a second-strike offender be sentenced to the prescribed minimum term of incarceration for each conviction of a crime of violence that is part of the second strike."). Jurisdiction relinquished.

    Respondent's Application for Post-Submission Communication is **DENIED**.